<table>
<tr><td>JOSEPH A. MASSOOD<br>ANDREW R. BRONSNICK °*<br>_____<br><br>°Certified by the Supreme Court of<br>  New Jersey as a Civil Trial Attorney<br><br>*NJ, NY, DC and MD Bars<br>^ NJ and NY Bars<br>+ NJ, NY, DC and WA Bars</td><td align="center"><h2>MASSOOD & BRONSNICK, LLC</h2>COUNSELLORS AT LAW<br><br>50 PACKANACK LAKE ROAD EAST<br>Wayne, New Jersey 07470-6663<br>(973) 696-1900<br>Fax (973) 696-4211<br><br>Email: MAIL@MASSOODLAW.COM</td><td>KEVIN J. SAVAGE +<br>BRENDAN H. MORRIS ^<br>ALLISON T. KURTZ<br>DANIELLE L. VERGA ^<br><br><br>PARALEGALS<br>ELIZABETH BABITSCH<br>DARA K. SIERRA</td></tr>
</table>

October 20, 2012

**Via ECF**
Honorable Cathy Waldor, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: Neurosurgical Spine Specialists of NJ v. Independence Blue Cross
      Docket No. 12-CV-5593-SRC-CLW

Dear Judge Waldor:

  This office represents Plaintiff in the above-referenced matter. There is currently a Motion to Dismiss filed by Defendant returnable before the Honorable Stanley R. Chesler on November 5, 2012.

  Pursuant to L. Civ.R. 7.1(d)(5), Plaintiff respectfully requests that the motions be adjourned to November 19, 2012.

  Thank you for your consideration of this matter.

             Respectfully,

             ANDREW BRONSNICK, ESQ.

cc: Christine S. Orlando, Esq. (Via ECF)
   Edward S. Wardell, Esq. (Via ECF)