**MASSOOD & BRONSNICK, LLC**

COUNSELLORS AT LAW

50 PACKANACK LAKE ROAD EAST
Wayne, New Jersey 07470-6663
(973) 696-1900
Fax (973) 696-4211

Email: ABRONSNICK@MASSOODLAW.COM

JOSEPH A. MASSOOD
ANDREW R. BRONSNICK °*
_____

°Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney

*NJ, NY, DC and MD Bars
^ NJ and NY Bars
+ NJ, NY, DC and WA Bars

KEVIN J. SAVAGE +
BRENDAN H. MORRIS ^
ALLISON T. KURTZ
DANIELLE L. VERGA ^

PARALEGALS
ELIZABETH BABITSCH
DARA K. SIERRA

November 8, 2012

**<u>Via ECF</u>**
Honorable Stanley R. Chesler, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: Neurosurgical Spine Specialists of NJ v. Independence Blue Cross
      Docket No. 12-CV-5593-SRC-CLW

Dear Judge Chesler:

  This office represents the Plaintiff in the above-referenced matter. There is currently a Motion to Dismiss filed by the Defendant returnable on November 19, 2012 before Your Honor. This motion has been adjourned and is due to be decided on papers, without oral argument, unless the Court notifies otherwise.

  This will confirm that the Plaintiff's opposition is now due November 19, 2012 and the Defendant's reply is due November 28, 2012.

  Thank you for your consideration of this matter.

            Respectfully,

            ANDREW BRONSNICK, ESQ.

cc: Christine S. Orlando, Esq. (Via ECF)
   Edward S. Wardell, Esq. (Via ECF)