UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEUROSURGICAL SPINE SPECIALISTS OF NEW JERSEY a/s/o WILLIAM BACHMAN,<br><br>Plaintiff(s),<br><br>v.<br><br>INDEPENDENCE BLUE CROSS; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>Defendant(s), | Civil Action No.: 2:12-CV-5933<br><br>CIVIL ACTION<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

It is hereby stipulated and agreed that all claims in the above-captioned matter are hereby dismissed without costs against either party without prejudice.

Massood & Bronsnick, LLC

Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Connell Foley, LLP

Christine S. Orlando, Esq
*Attorneys for Defendant*

Dated: November 19, 2012